UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI LIAN KE,<br><br>    Petitioner,<br><br>    v.<br><br>EDMUND G. BROWN, JR., Governor,<br><br>    Respondent. | Case No. 17-cv-02464-SK (PR)<br><br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS WITHOUT PREJUDICE** |

Petitioner, a detainee at the Santa Clara County Jail, Elmwood Facility, filed a <u>pro se</u> one-page pleading entitled "Habeas Corpus." The pleading was filed a new habeas action and assigned to the undersigned.

On May 3, 2017, the court advised petitioner that her habeas action was deficient because it was not submitted on the proper form, and sent her a blank copy of the court's petition for a writ of habeas corpus form. The court warned petitioner that, "[i]f you do not submit a completed . . . petition on the proper form -- noting the above-referenced case number -- within 28 DAYS . . ., your action will be DISMISSED and the filed closed." ECF No. 4 at 1.

More than 42 days elapsed; however, petitioner has not submitted the requisite completed petition form or sought an extension of time to do so. The action accordingly is DISMISSED without prejudice.

The clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: June 19, 2017

_____
SALLIE KIM
United States Magistrate Judge