UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI LIAN KE (aka Lily Ko),<br><br>Petitioner,<br><br>v.<br><br>EDMUND G. BROWN, JR.,<br><br>Respondent(s). | Case No. 17-cv-02464-SK (PR)<br><br>**ORDER DIRECTING CLERK TO REOPEN AND REASSIGN CASE TO A DISTRICT JUDGE**<br><br>(ECF Nos. 15 & 16) |

On June 19, 2017, the undersigned dismissed without prejudice petitioner's pro se one-page pleading entitled "Habeas Corpus" for failure to submit a completed petition for a writ of habeas corpus form, as requested. Petitioner now seeks reconsideration of that dismissal. See ECF Nos. 15 & 16.

On November 9, 2017, the Ninth Circuit held that all named parties, including unserved ones, must consent before a magistrate judge has jurisdiction under 28 U.S.C. § 636(c)(1) to hear and decide a case. See Williams v. King, 875 F.3d 500, 502-05 (9th Cir. 2017). Because consent of all named parties was not obtained before the June 19, 2017 dismissal, and still has not been obtained, the clerk is instructed to reopen this case and to reassign it to a district judge pursuant to the court's assignment plan.

**IT IS SO ORDERED**.

Dated: February 6, 2018



SALLIE KIM
United States Magistrate Judge